IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>DONNIE BRETT BUTCHER,<br><br>      Defendant. | Case No. 17-00270-01-CR-W-DGK |

## MOTION FOR CONTINUANCE

The United States of America, by and through its undersigned counsel, moves this Court for a continuance of the Detention Hearing for defendant Donnie Butcher, pursuant to 18 U.S.C. § 3142(f). A continuance of three days is requested.

                                            Respectfully submitted,

                                            Thomas M. Larson
                                            Acting United States Attorney

                        By    */s/ Catherine A. Connelly*

                                            Catherine A. Connelly
                                            Assistant United States Attorney

                                            Charles Evans Whittaker Courthouse
                                            400 East 9th Street, Room 5510
                                            Kansas City, Missouri 64106
                                            Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 5, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri, a copy of the foregoing document will be hand-delivered to the defendant at his first appearance before a judicial officer.

*/s/ Catherine A. Connelly*
Catherine A. Connelly
Assistant United States Attorney