IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.17-00270-01-cr-w-DGK |
| | ) | |
| DONNIE BRETT BUTCHER, | ) | |
| | ) | |
| Defendant. | ) | |

### WITHDRAWAL OF MOTION FOR ORDER PERMITTING TRAVEL

COMES NOW the Defendant Donnie Brett Butcher, by counsel, and hereby withdraws his motion for an order allowing him to travel on business from his residence in Kansas City, Missouri, to two locations in Italy, from March 12, 2018, through March 18, 2018 (Doc. 18).

Respectfully submitted:

JOHNSTON LAW FIRM LLC

By: */s/ J. Justin Johnston*
J. Justin Johnston   MO #52252
811 Grand Blvd., #101
Kansas City, MO 64106
Tel: (816) 739-4538
Fax: (816) 421-5403
jjj@johnstonlawkc.com
*ATTORNEY FOR DEFENDANT*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

                                  */s/ J. Justin Johnston*_____
                                  Attorney for Defendant