IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In Re: Joint Criminal Jury Trial Docket
May 7, 2018

## **ORDER SETTING PRETRIAL CONFERENCES**

I.

Schedule of Pretrial Conferences

Pursuant to the directions of the Court en banc acting by and through Chief Judge D. Gregory Kays, the following criminal actions are set for pretrial conferences before United States Magistrate Judge John T. Maughmer on **THURSDAY, APRIL 19, 2018**, commencing at the times shown below or as soon thereafter as they may be reached or heard. No defendant or counsel will be excused because of failure to reach the criminal action at the precise time fixed unless formally ordered by Magistrate Judge Maughmer.

Counsel and the defendant are requested to appear at least ten (10) minutes before their case is scheduled to be heard. **The attorneys, including defense and Government counsel, who will try the case shall attend the pretrial conference. Each defendant is to be present.**

All pretrial conferences will be held in Courtroom 7E (7th Floor), Charles Evans Whittaker United States Courthouse, 400 East 9th Street, Kansas City, Missouri. It is the responsibility of counsel to contact chambers at telephone number 816-512-5745 prior to the pretrial conference to ascertain if the pretrial conference has been continued or rescheduled.

**THURSDAY, APRIL 19, 2018**

**Before Magistrate Judge John T. Maughmer**

| | | | |
|---|---|---|---|
| 15-00330-CR-W-GAF 9:00 a.m. Custody -01 | | United States v. Rudolph E. George | Alison Dunning Todd Schultz |
| 16-00031-CR-W-HFS 9:10 a.m. Custody -01 | | United States v. Terry D. Jacobs | Mike Green Travis Poindexter |
| 16-00108-CR-W-RK 9:20 a.m. Custody -01 | | United States v. William H. Butler | Bruce Clark Ronna Holloman-Hughes |
| 16-00229-CR-W-BP 9:30 a.m. Bond -01 | | United States v. Jamie A. Herbig | Joseph Marquez Robert Kuchar |
| 16-00239-CR-W-RK 9:40 a.m. Bond -01 | | United States v. Gary Berry | David Luna Robert Kuchar |
| 16-00334-CR-W-BP 9:50 a.m. Bond -01 **Interpreter** | | United States v. Flavio E. Sanchez-Zamora | Patrick Edwards and Emily Morgan Daniel Martinez |
| 16-00355-CR-W-RK 10:10 a.m. Bond -01 | | United States v. Suresh Mitta | Matt Wolesky Daniel Guthrie and James Eisenbrandt |
| 16-00374-CR-W-RK 10:20 a.m. | | United States v. | David Raskin and Matt Moeder |
| Custody | -01 | Jennifer Gladman-Carnall | Susan Hunt |
| Custody | -03 | Kelli Bramlett | P.J. O'Connor |
| Custody | -04 | Michael Keavney | F.A. White, Jr. |
| Custody | -05 | Jason Clapp | Martin Warhurst |
| Custody | -06 | Lisa Corns | David Guastello |
| Custody | -09 | Daniel Montenegro | Mark Thomason |
| Custody | -10 | Lafonda Lee | James Spies |
| Custody | -11 | Nicholas Byrd | Katrina Robertson |
| 17-00002-CR-W-DGK 10:40 a.m. Bond -01 | | United States v. Chad M. Butler | David Luna Carie Allen |

2

| | | | |
|---|---|---|---|
| 17-00010-CR-W-BCW<br>10:50 a.m. | | United States<br>v. | Mike Green |
| Custody | -01 | William R. Barnett | Carie Allen |
| Bond | -02 | Steven Emerson | Mark Thomason |
| | | | |
| 17-00013-CR-W-HFS<br>11:00 a.m. | | United States<br>v. | Brian Casey |
| Bond | -01 | Virginia Marie Hayes | Carie Allen |
| | | | |
| 17-00064-CR-W-DGK<br>11:10 a.m. | | United States<br>v. | Brian Casey and<br>David Raskin |
| Custody | -01 | Robert Lorenzo Hester, Jr. | Troy Stabenow |
| | | | |
| 17-00069-CR-W-DGK<br>11:20 a.m. | | United States<br>v. | Mike Green |
| Custody | -01 | Luis Gael Valtierra Gutierrez | Robert Kuchar |
| **Interpreter** | | | |
| | | | |
| 17-00100-CR-W-GAF<br>11:30 a.m. | | United States<br>v. | Matt Moeder |
| Custody | -01 | George S. Schrand, Jr. | Alison English and<br>Ronna Holloman-Hughes |
| | | | |
| 17-00114-CR-W-DGK<br>11:40 a.m. | | United States<br>v. | Brian Casey |
| Bond | -01 | Rose M. Slayden | Todd Schultz |
| | | | |
| 17-00158-CR-W-GAF<br>11:50 a.m. | | United States<br>v. | Alison Dunning |
| Custody | -01 | Johnny K. McDaniel | F.A. White, Jr. |
| | | | |
| 17-00166-CR-W-GAF<br>1:30 p.m. | | United States<br>v. | David Luna |
| Custody | -01 | Dylan Thomas | Anita Burns |
| | | | |
| 17-00201-CR-W-DGK<br>1:40 p.m. | | United States<br>v. | Matt Moeder |
| Custody | -01 | Lucas Reiss | Alison English and<br>Ronna Holloman-Hughes |
| | | | |
| 17-00220-CR-W-SRB<br>1:50 p.m. | | United States<br>v. | Gene Porter and<br>Brent Venneman |
| Custody | -01 | Andre Lamonte Dickerson | Arimeta Dupree |

| | | | |
|---|---|---|---|
| 17-00225-CR-W-DGK  2:00 p.m.  Custody | -01 | United States  v.  Jeremy T. Pile | Jeff McCarther  Robert Kuchar |
| 17-00246-CR-W-SRB  2:10 p.m.  Custody | -01 | United States  v.  Victor Rodriquez Kessel | Brad Kavanaugh  Sean Pickett |
| 17-00270-CR-W-DGK  2:20 p.m.  Custody | -01 | United States  v.  Donnie Brett Butcher | Catherine Connelly  Justin Johnston |
| 17-00271-CR-W-SRB  2:30 p.m.  Custody  Custody  Custody  Custody  **Interpreter** | -01  -02  -03  -04 | United States  v.  Angel N. Chavez-Soto  Jose M. Banderos-Landeros  Ismael Martinez-Aguirrez  Antonio Sotelo-Cuevas | David Raskin  David Guastello  Mark Thomason  James Spies  Lance Sandage |
| 17-00273-CR-W-HFS  2:40 p.m.  Bond | -01 | United States  v.  Melvin T. Gardner | Jeff McCarther  F.A. White, Jr. |
| 17-00277-CR-W-DGK  2:50 p.m.  Custody | | United States  v.  Michael Joseph Moyen | Catherine Connelly  Todd Schultz |
| 17-00287-CR-W-HFS  3:00 p.m.  Custody | -01 | United States  v.  Marc C. Cantrell | Joseph Marquez  Sarah Hess |
| 17-00326-CR-W-HFS  3:10 p.m.  Custody | -01 | United States  v.  David R. Buie | Teresa Moore  John and P.J. O'Connor |
| 17-00329-CR-W-BP  3:20 p.m.  Custody | -01 | United States  v.  Richard D. Dudding | David Luna  Todd Schultz |
| 17-00387-CR-W-GAF  3:30 p.m.  Custody  Custody | -01  -02 | United States  v.  Ronald Ean Taylor  Kimberly Ann Sanford | Teresa Moore  P.J. O'Connor  William Raymond |

| | | |
|---|---|---|
| 18-00017-CR-W-BP | United States | David Barnes |
| 3:40 p.m. | v. | |
| Custody       -01 | Aaron Keeling | Alison English |

## II.

### Pretrial Conference

Counsel are instructed to be prepared to discuss the following issues at the pretrial conference:

1. Anticipated questions of admissibility of evidence, and

2. Any other questions of law on which the parties desire pretrial rulings.

The Agenda at the initial pretrial conference will include:

1. Facts or circumstances requiring a larger than normal jury panel (more than 45);

2. Pending motions;

3. Estimated trial time;

4. Discovery problems;

5. Possible stipulations (counsel should have proposed stipulations available for review and signature by the parties at the conference);

6. Number of exhibits to be offered at trial;

7. Number of witnesses to be called at trial; and

8. Change of plea or dismissal of charge.

Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing **, 2018**.

## III.

<u>Change of Plea</u>

Regarding a change of plea, it is

ORDERED that counsel for a defendant who intends to change his plea from "not guilty" to "guilty"   or "nolo contendere" shall immediately call the Courtroom Deputy of the assigned District Judge at the telephone numbers listed below so that a change of plea hearing can be set before the District Judge.  **THE CHANGE OF PLEA SHALL BE COMPLETED BEFORE THE BEGINNING OF THE <u>?, 2018</u>, TRIAL DOCKET.**   Counsel shall then immediately notify my chambers at 816-512-5745 of the date for the scheduled change of plea.

*/s/ JOHN T. MAUGHMER*
JOHN T. MAUGHMER
United States Magistrate Judge

Kansas City, Missouri

<u>Courtroom Deputy Information:</u>

| **DISTRICT JUDGE** | **COURTROOM DEPUTY** | **PHONE** |
|---|---|---|
| D. Gregory Kays | Tracy Strodtman | 816-512-5612 |
| Beth Phillips | Kelly McIlvain | 816-512-5744 |
| Brian C. Wimes | Joella Baldwin | 816-512-5052 |
| Stephen R. Bough | Tracy Diefenbach | 816-512-5376 |
| Roseann Ketchmark | LaTandra Wheeler | 816-512-5629 |
| Howard F. Sachs | Christy Anderson | 816-512-5063 |
| Dean Whipple | Rhonda Enss | 816-512-5644 |
| Ortrie D. Smith | Renea Matthes-Mitra | 816-512-5689 |
| Nanette K. Laughrey | Renea Matthes-Mitra | 816-512-5689 |
| Fernando J. Gaitan, Jr. | Rhonda Enss | 816-512-5644 |
| Gary A. Fenner | Lisa Mitchell | 816-512-5660 |