IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 17-00270-01-CR-W-DGK |
| | ) | |
| DONNIE BRETT BUTCHER, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

On June 1, 2018 a hearing was held to give defendant Donnie Brett Butcher the opportunity to show cause why his bond and pretrial release should not be revoked as a result of a sweat patch that was positive for the presence of methamphetamine. As a result of the hearing it is

ORDERED that the conditions of pretrial release for defendant Donnie Brett Butcher are amended to require that he be subject to home detention pending further Order of the Court.

/s/ JOHN T. MAUGHMER
John T. Maughmer
United States Magistrate Judge